1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  294 Page Street
   San Francisco, California 94102
3  Tel: 415-621-4500, Fax: 415-621-4173

4  CHESTERFIELD A. SPAHR, ESQ. (SBN 190173)
   LAW OFFICES OF SPAHR & LARSON
5  294 Page Street
   San Francisco, California 94102
6  Tel: 415-782-6010, Fax: 415-621-4173

7  Co-counsel for Plaintiff
   SHELLY LAL, individually, and in her representative capacity
8  on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her
   representative capacity as Guardian ad Litem of SAGAR LAL, a minor
9

10              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
                    IN AND FOR THE COUNTY OF SAN FRANCISCO
11                          UNLIMITED CIVIL JURISDICTION

12 | **SHELLY LAL, individually, and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian ad Litem of SAGAR LAL, a minor,** | ) Case No.: |
|---|---|
| | ) |
| | ) **COMPLAINT FOR PERSONAL INJURY** |
| | ) **AND WRONGFUL DEATH DAMAGES** |
| | ) 1.     **EXCESSIVE USE OF FORCE** |
| | ) 2.     **BATTERY** |
| | ) 3.     **INTENTIONAL INFLICTION OF** |
| Plaintiff, | )        **EMOTIONAL DISTRESS** |
| | ) 4.     **GROSS OFFICIAL MISCONDUCT** |
| v. | )        **OR INDIFFERENCE** |
| | ) **[EXEMPLARY DAMAGES SOUGHT]** |
| **STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, C.H.P. OFFICER FRANK NEWMAN, C.H.P. OFFICER MATTHEW OTTERBY, and DOES 1-500, inclusive,** | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

23      COMES NOW PLAINTIFF, SHELLY LAL, individually, and in her representative capacity

24  on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as

25  Guardian ad Litem of their son, SAGAR LAL, a minor, born March 30, 2000, (hereinafter referred to

26  as "MS. LAL") and alleges and complains against Defendants STATE OF CALIFORNIA,

27  _____

28  *LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
    **COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES**
    **1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
    **4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE**

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

1

CALIFORNIA HIGHWAY PATROL, C.H.P. OFFICER FRANK NEWMAN, C.H.P. OFFICER MATTHEW OTTERBY, and DOES 1-100, inclusive, (hereinafter referred to collectively as "Defendants") as follows:

## I. JURISDICTION

1. This is in part a Civil Rights action and this Court has concurrent jurisdiction over plaintiff's Civil Rights claims and original jurisdiction over plaintiffs' wrongful death and other claims.

2. Venue is proper in this County because a portion of the police pursuit which ended with the killing of MR. LAL which gave rise to the claims in this action occurred within this County and because the individual defendants NEWMAN and OTTERBY were trained and supervised, and worked, out of the STATE OF CALIFORNIA'S C.H.P. facility located in this County.

3. To the extent that Plaintiff is required to comply with provisions of the California Government Tort Claims Act, Plaintiff has complied by filing timely claims, which claims have each been rejected or deemed rejected as a matter of law within six months of the filing of this action.

## II. PARTIES

4. At all times relevant hereto, KAMAL L. LAL, decedent, as well as his widow, plaintiff SHELLY LAL, and their son, SAGAR LAL, a minor, were residents of the City of South San Francisco, California.

5. Defendant STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, is and was at all times herein mentioned, a public entity duly organized and existing under the laws of the State of California, with local offices located at 455 Eighth Street, San Francisco, California, 94103.

6. Defendant C.H.P. OFFICER FRANK NEWMAN and C.H.P. OFFICER MATTHEW OTTERBY, (hereinafter sometimes referred to as "individual C.H.P. defendants") were at all times herein mentioned peace officers of the CALIFORNIA HIGHWAY PATROL. In that

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES
1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE

2

1  capacity they were acting as agents of the STATE OF CALIFORNIA under color of law during the relevant acts and omissions alleged herein. They are being sued herein in their individual and in their official capacities.

7.  Plaintiff is ignorant of the true names and capacities whether. individual, corporate or otherwise, of DOES 1-500 herein and prays leave of the Court to insert the true names and capacities of such Defendants when they become known or are ascertained, together with appropriate charging allegations.

8.  Plaintiff alleges, on information and belief , that each of the Defendants named herein was the agent, employee or representative of each of the remaining defendants, and in doing the things herein mentioned, was acting in the course and scope of such agency and employment.

9.  Plaintiff further alleges, on information and belief, that in doing the acts or omissions complained of herein, that each of the Defendants named herein acted or omitted to act in concert and/or conspiracy with and/or on behalf of the other defendants named herein.

10. Plaintiff further alleges, on information and belief, that in doing the acts or omissions complained of herein, that each of the Defendants named herein acted or omitted to act as a result of the negligent and/or unreasonable hiring, training, supervision, instruction, direction, and/or entrustment of the other Defendants herein.

### III.  FACTUAL ALLEGATIONS

11. On or about March 6, 2005, in the early afternoon, decedent KAMAL L. LAL, was standing on the shoulder of Highway 101, Southbound, when suddenly and without any reasonable justification or excuse, he was negligently, unreasonably, and, in an excessive use of force, shot multiple times by defendants NEWMAN and OTTERBY after he allegedly failed to properly obey their commands that he immediately get down on the ground, face down after he exited his pick-up truck during an enforcement stop arising out of the investigation of a possible first-time misdemeanor domestic violence incident.

12. MR. LAL ultimately died as a direct and proximate result of the multiple gunshot injuries to

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES
1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE

3

1  his head and torso unreasonably, negligently, and excessively inflicted by the individual
2  defendants.
3  13. The individual defendants grossly over-reacted to the mild resistance to their commands
4  exhibited by MR. LAL following an alleged high-speed pursuit by shooting and killing him,
5  particularly in light of the fact that MR. LAL was or should have been known by defendants
6  to be unarmed, to have caused no accidents or injuries during said so-called high-speed
7  pursuit, and to be sought by the police merely in relation to the investigation of a possible
8  non-injury, misdemeanor, domestic violence incident.
9  14. Defendants actions and omissions were also negligent and unreasonable in light of the fact
10 that MR. LAL was or reasonably should have been known to defendants to be a long-time,
11 local citizen and homeowner who had lived at the same address in South San Francisco
12 without incident for over ten years and who had been employed full-time in South San
13 Francisco for over seven years.
14 15. Defendants actions and omissions were also negligent and unreasonable in light of the fact
15 that MR. LAL had no prior criminal record, had no history of violence or mental instability,
16 had no known history of alcohol or substance abuse, and had no history of police 9-1-1 calls
17 or domestic violence calls. At the time of his shooting KAMAL LAL was not unable to care
18 for himself, was not under the influence of alcohol or any other substance, had not been
19 drinking whatsoever and was not drunk in public.
20 16. As a result of defendants' negligent and unreasonable use of deadly force in excess of their
21 authority plaintiffs have suffered, and will continue to suffer loss of future financial security,
22 loss of future services, advice and/or training, and loss of future love, comfort, care,
23 companionship, and moral support upon which they previously depended, all in an amount
24 according to proof. In addition, as a further result of defendant's wrongful and unreasonable
25 misconduct set forth herein, MR. LAL, decedent, suffered severe personal injuries, including
26 extreme pain and suffering, medical expenses related to the emergency medical treatment of
27
28

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
**COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES**
**1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE**

4

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

his injuries, and loss of enjoyment of life during the brief period of time he remained alive after the shooting until his death.  Finally, as a further result of defendants' wrongful and unreasonable misconduct set forth herein, decedent plaintiff ESTATE OF KAMAL L. LAL has incurred funeral and burial and/or crematory expenses.

**FIRST CAUSE OF ACTION**
**(Negligent, Unreasonable & Excessive Use of Force)**

17. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 16 as though fully set forth herein.

18. Defendants' use of force in shooting and killing MR. LAL was unreasonable, negligent, and excessive.

19. Defendants' conduct was the proximate cause of harm and damage to plaintiffs and by reason of the foregoing alleged acts and conduct plaintiffs are entitled to damages against the individual defendants all according to proof at trial.

20. Defendants engaged in the aforementioned acts maliciously, callously, oppressively, wantonly, recklessly, fraudulently, with deliberate indifference to the rights allegedly violated, despicably and with evil motive and/or intent, and in disregard of the rights of plaintiffs.  Plaintiff's are therefore entitled to and do seek punitive damages against the individual defendants.

WHEREFORE plaintiff seeks relief in an amount according to proof at trial.

**SECOND CAUSE OF ACTION**
**(Battery - Against All Defendants)**

21. Plaintiff realleges and incorporates by reference, all of the allegations contained in paragraphs 1 through 20 above, as though fully set forth herein.

22. Defendants intentionally used lethal force to arrest MR. LAL, and in doing so made offensive

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES
1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE

5

1     and harmful contact with MR. LAL's person.

2  23.  MR. LAL did not consent to the contact that Defendants made with his person.

3  24.  Defendants conduct was the proximate cause of MR. LAL'S violent, painful, and humiliating death, and was the proximate cause of harm and damage to plaintiffs, and by reason of the foregoing alleged acts and conduct plaintiffs are entitled to damages against the Defendants, and each of them, according to proof at trial.

7  25.  Defendants engaged in the aforementioned acts maliciously, callously, oppressively, wantonly, recklessly, fraudulently, with deliberate indifference to the rights allegedly violated, despicably and with evil motive and/or intent, and in disregard of the rights of plaintiffs. Plaintiffs are therefore entitled to and do seek exemplary damages against the individual defendants.

### THIRD CAUSE OF ACTION
### (Intentional Infliction of Emotional Distress - Against The Individual Defendants)

26. Plaintiff realleges and incorporates by reference all of the allegations contained in paragraphs 1 through 25 above, as though fully set forth herein.

27. The conduct of the individual defendants, and each of them, as set forth above was extreme and outrageous. Said conduct was intended to cause severe emotional distress to plaintiffs. The individual defendants, by their acts and omissions, conducted themselves in a manner that went beyond all common notions of decency. The individual defendants, and each of them, engaged in conduct intended to humiliate, embarrass, and instill fear in plaintiffs. The individual defendants, through their actions and the actions of their agents, directly injured plaintiffs by their failure to act in accordance with common notions of fairness and decency.

28. The foregoing conduct caused plaintiffs to suffer severe and extreme emotional distress. The individual defendants' conduct was the proximate cause of harm and damage to plaintiffs, and by reason of the foregoing alleged acts and conduct plaintiffs are entitled to damages

---

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
**COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES**
**1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS 4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE**

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

6

1  against the individual defendants all according to proof at trial.

2  29. The individual defendants engaged in the aforementioned acts maliciously, callously, oppressively, wantonly, recklessly, fraudulently, with deliberate indifference to the rights allegedly violated, despicably and with evil motive and/or intent, and in disregard of the rights of plaintiffs.  Plaintiffs are therefore entitled to and do seek exemplary damages against the individual defendants.

**FOURTH CAUSE OF ACTION**
**(Gross Official Misconduct or Indifference - Against The State of California - C.H.P.)**

30. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 29 as fully set forth herein.

31. Every defendant in his/her official capacity knowingly, or grossly negligently, or with deliberate indifference to the rights allegedly violated, caused to come into being, maintained, fostered, condoned, approved of, either before the fact or after the fact, ratified, took no action to correct, an official policy, practice, procedure, or custom of permitting the occurrence of the categories of wrongs set forth in this pleading, and/or improperly, inadequately, with deliberate indifference to the state and/or federal constitutional or statutory rights of other persons, grossly negligently with reckless disregard to state or federal constitutional and/or statutory rights, failed to properly train, to supervise, to retrain if necessary, to monitor, or to take corrective action with respect to the police and with respect to the types of wrongful conduct alleged in this pleading, so that each one of them is legally responsible for all of the injuries and/or damages sustained by Plaintiff .

32. Plaintiff also alleges on information and belief that defendants, and each of them, have engaged and continue to engage in a pattern and practice of improperly investigating and documenting the subject fatal police shooting in order to cover up the illegal and unconstitutional killing of MR. LAL.

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES
1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE

7

**DEMAND FOR JURY**

PLAINTIFF DEMANDS THAT EACH OF THE CLAIMS SET FORTH HEREIN BE TRIED BEFORE A JURY.

**PRAYER**

WHEREFORE, plaintiff prays for judgment against all defendants, and each of them, as follows:

1. For a money judgment in the amount of plaintiffs' compensatory damages, general damages, special damages (including funeral and burial expenses) and other sums, including statutory penalties, according to proof at trial;

2. For a money judgment for mental pain and anguish and emotional distress according to proof at trial;

3. For exemplary damages against the individual defendants;

4. For attorneys' fees and costs of suit;

5. For pre-judgment and post-judgment interest;

6. For any other remedy that the court deems just and proper.

DATED: December 15, 2005            LAW OFFICES OF SPAHR & LARSON

By: _____
Chesterfield A. "Chet" Spahr, Esq.
Co-Counsel for Plaintiff
SHELLY LAL, individually, and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian ad Litem of SAGAR LAL, a minor

*LAL, SHELLY, ET AL, v. STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, ET AL*
**COMPLAINT FOR PERSONAL INJURY AND WRONGFUL DEATH DAMAGES**
**1. EXCESSIVE USE OF FORCE 2. BATTERY 3. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS 4. GROSS OFFICIAL MISCONDUCT OR INDIFFERENCE**

LAW OFFICES OF
SPAHR & LARSON
294 PAGE STREET
SAN FRANCISCO, CA 94102
TEL: (415) 782-6010
FAX: (415) 621-4173

8