IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHELLY LAL,

        Plaintiff,

  v.

STATE OF CALIFORNIA, et al.,

        Defendant.

No. C 06-5158 PJH

**ORDER TO SHOW CAUSE**

The initial case management conference on November 30, 2006, was continued because plaintiff's counsel had failed to meet and confer and to participate in the preparation of the joint case management statement. The conference was continued to afford counsel another opportunity to meet and confer in order to resolve several issues and to prepare a revised joint case management statement. Neither plaintiff nor her counsel appeared at the subsequent case management conference on January 18, 2007. Additionally, counsel for defendants advised in their separately filed case management statement that they had had no communication with plaintiff's counsel since the last conference.

The court hereby issues an ORDERS PLAINTIFF AND HER COUNSEL TO SHOW CAUSE why sanctions should not be imposed including dismissal of the complaint for failure to prosecute and/or monetary sanctions for her repeated refusal to comply with the court's orders.

A hearing on the order to show cause will occur on February 1, 2007, at 2:30 p.m. If plaintiff fails to appear her complaint will be dismissed. Even if plaintiff appears, sanctions are likely to be imposed.

**IT IS SO ORDERED**.

DATED: 1/19/07

                         PHYLLIS J. HAMILTON
                         United States District Judge