UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLY LAL,

    Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

    Defendant.
_____/

No. C 06-5158 PJH

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Although plaintiff's counsel appeared at the initial case management conference on November 30, 2006, it did not go forward due to counsel's failure to meet and confer and to participate in the preparation of the joint case management statement. The matter was continued to January 18, 2007, to afford plaintiff the opportunity before that date to: 1) meet and confer with defense counsel, 2) prepare a joint case management statement, 3) comply with the initial disclosure requirements required by Fed. R. Civ P. 26, and 4) file the papers necessary to attain guardian ad litem status. Neither plaintiff nor her counsel appeared at the conference on January 18, 2007, nor did either comply with the other orders of the court. That same date, the court issued an order to show cause why the case should not be dismissed for failure to prosecute, with a hearing set for February 1, 2007. Neither plaintiff nor her counsel appeared at the hearing. Counsel for defendant advised that he had had no contact with either since the last calling of the case. Nor had he received the initial disclosures that had been ordered by the court to be produced within two weeks from November 30, 2007.

When circumstances make such action appropriate, a district court may dismiss a complaint for failure to prosecute, in order to achieve the orderly and expeditious

disposition of cases.  See Link v. Wabash R.R. Co., 370 U.S. 626, 630-32 (1962); Oliva v. Sullivan, 958 F.2d 272, 273 (9th Cir. 1992).  Plaintiff's failure to appear at the re-scheduled case management conference, and the further failure to appear at the subsequent hearing on the order to show cause, constitute circumstances warranting the court's dismissal of plaintiff's complaint pursuant to Rule 41(b).

Accordingly, the complaint is dismissed.

**IT IS SO ORDERED.**

Dated: February 1, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge