SYDNEY E. FAIRBAIRN, ESQ. (SBN# 122349)
**SYDNEY E. FAIRBAIRN, ATTORNEY AT LAW**
269 POSADA DEL SOL
NOVATO, CA 94949
TEL: (415) 883-2199
FAX: (415) 883-2199

ATTORNEY FOR PLAINTIFFS,
SHELLY LAL individually and in
her representative capacity on behalf
of the ESTATE OF KAMAL L. LAL,
decedent, and in her representative
capacity as Guardian Ad Litem of
SAGAR LAL, a minor,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LAL, individually and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian Ad Litem of SAGAR LAL, a minor,<br><br>    Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA-CALIFORNIA HIGHWAY PATROL, C.H.P. OFFICER FRANK NEWMAN, C.H.P. OFFICER MATTHEW OTTERBY, and DOES 1-500, inclusive,<br><br>    Defendants.<br>_____/ | Case No: C 06-5158 PJH<br><br>**PLAINTIFFS' SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, SHELLY LAL, individually and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian Ad Litem of SAGAR LAL, a minor, hereby substitutes SYDNEY E. FAIRBAIRN, ESQ. (SBN# 122349),

**PLAINTIFFS' SUBSTITUTION OF COUNSEL**

1

1  SYDNEY E. FAIRBAIRN, ATTORNEY AT LAW, 269 POSADA DEL SOL, NOVATO, CA
2  94949, TEL: (415) 883-2199, FAX: (415) 883-2199 as her attorney of record in place of
3  CHESTERFIELD A. SPAHR, ESQ.
4  I CONSENT TO THIS SUBSTITUTION.
5  Dated: January 22, 2008

_____
SHELLY LAL, individually and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian Ad Litem of SAGAR LAL, a minor.

I CONSENT TO THIS SUBSTITUTION.

Dated: January ___, 2008

**Law Offices of Spahr & Larson**

_____
CHESTERFIELD A. SPAHR, ESQ.

I ACCEPT THIS SUBSTITUTION.

Dated: January 23, 2008

**SYDNEY E. FAIRBAIRN, ATTORNEY AT LAW**

_____
SYDNEY E. FAIRBAIRN, ESQ.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
1/29/08

**PLAINTIFFS' SUBSTITUTION OF COUNSEL**

2