UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLY LAL,

        Plaintiff(s),

    v.

STATE OF CALIFORNIA, et al.,

        Defendant(s).
_____/

No. C 06-5158 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed on October 13, 2010 and filed in this court on October 29, 2010, a Case Management Conference shall be held on January 13, 2011, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

**SO ORDERED.**

Dated: December 20, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge