Sydney E. Fairbairn, Esq. State Bar No. 122349
Attorney at Law
269 Posada del Sol
Novato, CA 94949
(415) 883-2199

Catherine Lagarde, Esq. State Bar No. 209255
Attorney at Law
P.O. Box 326
Kentfield, CA 94914
(415) 331-3284

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHELLY LAL, individually, and in her representative capacity on behalf the ESTATE OF KAMAL L. LAL, decedent, and in her capacity as Guardian ad Litem of SAGAR LAL, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA - CALIFORNIA HIGHWAY PATROL, CHP OFFICER FRANK NEWMAN, CHP OFFICER MATTHEW OTTERBY, and DOES 1-500, inclusive<br><br>Defendants. | Case No.: 4:06 CV 06-5158 PJH<br><br>SUBSTITUTION OF ATTORNEY<br><br>AND ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, SHELLY LAL, individually and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian Ad Litem of SAGAR LAL, a minor, hereby substitutes out SYDNEY E. FAIRBAIRN, ESQ. (SBN# 122349).  She continues to retain current counsel A. CATHERINE LAGARDE at the same address and telephone number of P.O. Box 326, Kentfield, CA 94914, (415) 331-3284.

1

1  I CONSENT TO THIS SUBSTITUTION.

2  Dated: November 30, 2011

*[signature]*

SHELLY LAL, individually and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian Ad Litem of SAGAR LAL, a minor.

10  I CONSENT TO THIS SUBSTITUTION.

12  Dated: November 30, 2011

*[signature: Sydney E. Fairbairn]*

SYDNEY E. FAIRBAIRN
Former counsel for SHELLY LAL, individually and in her representative capacity on behalf of the ESTATE OF KAMAL L. LAL, decedent, and in her representative capacity as Guardian Ad Litem of SAGAR LAL, a minor.

**UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

12/6/11

SUBSTITUTION OF ATTORNEY

2