UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLY LAL, et al.,

    Plaintiffs,                          No. C 06-5158 PJH

    v.                                **JUDGMENT**

STATE OF CALIFORNIA, et al.,

    Defendants.
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 10, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge